```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
KELLY MANNO,                         :
                                     :
                                     :   21cv10642 (DLC)
                         Plaintiff,  :
              -v-                    :   ORDER
                                     :
MICHAEL CHE CAMPBELL, et al.,        :
                                     :
                                     :
                         Defendants. :
-------------------------------------X
```

DENISE COTE, District Judge:

On February 11, 2022, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **March 4, 2022.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **March 4, 2022.** Defendants' reply, if any, shall be filed by **March 18, 2022.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for February 24, 2022 is adjourned <u>sine</u> <u>die</u>.

Dated:   New York, New York
         February 15, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge