```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KELLY MANNO,                             :
                                         :
                                         :   21cv10642 (DLC)
                     Plaintiff,          :
          -v-                            :   ORDER
                                         :
                                         :
MICHAEL CHE CAMPBELL, et al.,            :
                                         :
                                         :
                                         :
                     Defendants.         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On February 11, 2022, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On March 4, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendants' February 11 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **March 25, 2022**. If the defendants renew their motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by **April 15**. Defendants shall file any reply by **April 29**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the

2

United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 4, 2022

                                        _____
                                             DENISE COTE
                                        United States District Judge