**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KELLY MANNO,

                Plaintiffs,
-against-                              21 **CIVIL** 10642 (DLC)

                                          **JUDGMENT**

MICHAEL CHE CAMPBELL, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2022, the defendants' March 25, 2022 motion to dismiss is granted and judgment is entered for the defendants; accordingly, the case is closed.

**Dated:**  New York, New York
       June 22, 2022

                                                     **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                         **BY:**     K. Mango
                                                     **Deputy Clerk**