```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KELLY MANNO,                             :   21cv10642 (DLC)
                                         :
                                         :        ORDER
                              Plaintiff, :
            -v-                          :
                                         :
MICHAEL CHE CAMPBELL, et al.,            :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order of June 22, 2022 granted the defendants' March 25, 2022 motion to dismiss and this action was closed. On July 6, 2022, the defendants moved for attorneys' fees and costs pursuant to Rule 54, Fed. R. Civ. P and 17 U.S.C. § 505. It is hereby

ORDERED that the Clerk of Court shall reopen this action for the limited purpose of addressing whether defendants are entitled to attorney's fees from plaintiff.

IT IS FURTHER ORDERED that the plaintiff's opposition to the motion shall be filed by **September 7**. Any reply shall be filed by **September 21**.

IT IS FURTHER ORDERED that the parties are instructed to immediately contact the chambers of Magistrate Judge Sarah L. Cave in order to pursue settlement discussions under her

supervision, to occur no later than **August 2022**.

Dated:   New York, New York
         July 11, 2022

                                        _____
                                              DENISE COTE
                                   United States District Judge