UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY MANNO,

                Plaintiff,

-v-

MICHAEL CHE CAMPBELL, REGGIE CONQUEST, UNIVERSAL TELEVISION LLC, NBCUNIVERSAL MEDIA, LLC, THE BROADWAY VIDEO GROUP, INC., LEATHER SUIT, INC., IRONY POINT, LLC, and WARNERMEDIA, LLC,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 10642 (DLC) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF Nos. 41 and 42 is GRANTED, and the telephone conference scheduled for July 14, 2022 at 3:00 pm is ADJOURNED to **Thursday, July 21, 2022 at 4:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF Nos. 41 and 42.

Dated:    New York, New York
            July 14, 2022

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**