UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY MANNO,

                Plaintiff,

  -v-

MICHAEL CHE CAMPBELL, REGGIE CONQUEST, UNIVERSAL TELEVISION LLC, NBCUNIVERSAL MEDIA, LLC, THE BROADWAY VIDEO GROUP, INC., LEATHER SUIT, INC., IRONY POINT, LLC, and WARNERMEDIA, LLC,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 10642 (DLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the parties' request (ECF No. 45), the settlement conference scheduled for Friday, August 5, 2022 at 3:30 pm is CANCELLED.

Dated:       New York, New York
              July 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**