UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

KELLY MANNO,

                Plaintiff,

    - against -

MICHAEL CHE CAMPBELL p/k/a MICHAEL CHE, REGGIE CONQUEST, UNIVERSAL TELEVISION LLC, NBCUNIVERSAL MEDIA, LLC, THE BROADWAY VIDEO GROUP, INC., LEATHER SUIT, INC., IRONY POINT, LLC, WARNERMEDIA, LLC d/b/a HBO MAX, and DOES 1-10,

                Defendants.

------------------------------------------------------------- x

Case No. 1:21-cv-10642-DLC

**NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS**

*Granted. The Clerk of Court shall close the case.*

*/s/ Denise Cote*
*7/27/22*

**PLEASE TAKE NOTICE** that defendants Irony Point, NBCUniversal Media, LLC, Universal Television LLC, Warner Media, LLC, The Broadway Video Group, LLC, Leather Suit, Inc., Michael Che Campbell, and Reggie Conquest (collectively, "Defendants") hereby withdraw their motion for attorneys' fees, filed July 6, 2022. *See* Dkt. 35-37.

**PLEASE TAKE FURTHER NOTICE** that Defendants, along with plaintiff Kelly Manno, further request that the settlement conference currently scheduled for August 5, 2022 at 3:30 p.m. before Magistrate Judge Cave be taken off calendar and that this case be re-closed.

Dated: July 25, 2022

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | PARNESS LAW FIRM, PLLC |
| By: /s/ Cydney Swofford Freeman | By: /s/ Hillel I. Parness |
| Nicolas A. Jampol (*pro hac vice*) | Hillel I. Parness (HP-1638) |
| Cydney Swofford Freeman | 136 Madison Ave., 6th Floor |
| Joel Richert (*pro hac vice*) | New York, NY 10016 |
| 865 S. Figueroa Street, Suite 2400 | (212) 447-5299 |
| Los Angeles, CA 90017 | hip@hiplaw.com |
| (213) 633-6800 Phone | |
| (213) 633-6899 Fax | *Attorneys for Plaintiff Kelly Manno* |
| nicolasjampol@dwt.com | |
| cydneyfreeman@dwt.com | |
| joelrichert@dwt.com | |

1